UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

Case No. 2:21-cv-07428 DOC (AFM)      Date: September 20, 2022

Title    Michael John Glode v. Regents of the University of California, et al.

---

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Notice of Dismissal (Filed September 19, 2022; ECF No. 29)

    Plaintiff has filed a voluntarily dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). Accordingly, all dates and deadlines are hereby vacated.

**Initials of Preparer**    : ib